IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPI
SOUTHERN DIVISION

WILLIAM C. GOLDEN and
LAQUETTA M. GOLDEN                                                    PLAINTIFFS

v.                                         CIVIL ACTION NO.: 1:21-CV-129-TBM-RHWR

DENNIS RICHARD McDONOUGH,
SECRETARY, THE DEPARTMENT OF
VETERAN AFFAIRS                                                        DEFENDANT

## AGREED ORDER

THIS CAUSE having come before the Court on the joint *ore tenus* Motion to dismiss LaQuetta Golden's breach of equitable duties claim with prejudice, and the Court being fully advised in the premises enters the following:

IT IS HEREBY ORDERED AND ADJUDGED that LaQuetta Golden's breach of equitable duties claim should be and hereby is dismissed with prejudice.

SO ORDERED, this the 24th day of June A.D., 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
MICHAEL ADELMAN, ESQ.
ATTORNEY FOR PLAINTIFFS, WILLIAM
C. GOLDEN and LaQUETTA GOLDEN

_____
TABITHA BANDI KINGMA, ESQ.
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR DENNIS RICHARD
McDONOUGH