**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**WILLIAM C. GOLDEN**                                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 1:21-cv-129-TBM-BWR**

**DENIS RICHARD MCDONOUGH,**
*Secretary of the Department of Veterans Affairs*                      **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this same day, this

CASE is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 28th day of March, 2024.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**